EVE H. KARASIK (Cal. Bar No. 155356)
GABRIEL I. GLAZER (Cal. Bar No. 246384)
STUTMAN TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

MICHAEL MOLLAND (Cal. Bar No. 111830)
MOLLAND LAW
30 Fifth Street
Petaluma, CA 94952
mmolland@mollandlaw.com
Telephone: (707) 202-5511
Facsimile: (707) 202-5513

BENJAMIN P. SMITH (Cal. Bar No. 197551)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1177

Attorneys for Plaintiffs J.T. Thorpe Settlement Trust and
Thorpe Insulation Company Asbestos Settlement Trust

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>J.T. THORPE, INC.,<br><br>THORPE INSULATION COMPANY,<br><br>    Debtors.<br>_____<br><br>J.T. THORPE SETTLEMENT TRUST,<br><br>THORPE INSULATION COMPANY<br>ASBESTOS SETTLEMENT TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL J. MANDELBROT and THE<br>MANDELBROT LAW FIRM,<br><br>    Defendants.<br>_____ | Chapter 11<br><br>Case No. 02-14216-BB<br><br>Adversary Case No. 2:12-ap-02182-BB<br><br>Case No. 07-19271-BB<br><br>Adversary Case No. 2:12-ap-02183-BB<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AGAINST DEFENDANTS**<br><br>Hearing Date: August 6, 2013<br>Hearing Time: 2:00 p.m.<br>Place:    Courtroom 1475<br>          255 E. Temple St., 14th Floor<br>          Los Angeles, CA 90012<br>Judge:   Honorable Sheri Bluebond |

574735v2

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE** that Plaintiffs, the J.T. Thorpe Settlement Trust (the "**J.T. Thorpe Trust**") and the Thorpe Insulation Company Asbestos Settlement Trust (the "**Thorpe Insulation Trust**") (collectively, the "**Thorpe Trusts**"), by and through their respective Trustees, hereby withdraw, without prejudice, and without waiver of any privilege claims, their motion (the "**Motion**") for a protective order against Defendants Michael Mandelbrot and the Mandelbrot Law Firm (collectively "**Mandelbrot**").  The Motion is set for hearing on August 6, 2013 at 2:00 p.m.

As described in the Motion, the requested protective order relates to certain privileged documents that Mandelbrot is seeking from the Thorpe Trusts in an adversary proceeding pending in the United States Bankruptcy Court, Northern District of California, Oakland Division, before the Honorable Judge Roger L. Efremsky (the "**Northern District Bankruptcy Court**"), as A.P. No. 12-04190-RLF, (the "**Western Asbestos Adversary Proceeding**").  Mandelbrot filed a motion in the Western Asbestos Trust Adversary Proceeding, to compel production of not only Western Asbestos Settlement Trust's (the "**Western Asbestos Trust**" and collectively, with the Thorpe Trusts, the "**Trusts**") privileged documents, but also of the Thorpe Trusts' privileged documents (the "**Motion to Compel**").  Mandelbrot has not filed a motion to compel production of the Thorpe Trusts' privileged documents in these adversary proceedings.

The Northern District Bankruptcy Court held its hearing on the Motion to Compel on July 11, 2013. In the Motion to Compel, Mandelbrot had requested alternative relief in the Western Asbestos Adversary Proceeding either to compel production of the privileged documents (including documents from the Thorpe Trusts), or for the Court to review the subject documents *in camera*.  At the commencement of the hearing, counsel for the Futures Representative advised the Court that the Trusts' fiduciaries would not oppose the request for *in camera* review, if the Court was inclined to conduct such a review. At the conclusion of the hearing, the Court elected to conduct the *in camera* review of the subject documents and ordered the Western Asbestos Trust to provide the Court with the documents by July 17, 2013.  The Western Asbestos Trust will provide the documents to the Court by this time.

574735v2

1 | The Thorpe Trusts believe that they should withdraw the Motion, without prejudice, and without waiver of any privileges held by the Thorpe Trusts, pending the Northern District Bankruptcy Court's *in camera* document review. The Thorpe Trusts will evaluate the ruling of the Northern District Bankruptcy Court after the review, and determine at that time whether the Thorpe Trusts need the relief requested in the Motion. Accordingly, the Thorpe Trusts hereby withdraw the Motion, without prejudice.

DATED:  July 17, 2013

*/s/ Gabriel I. Glazer*
EVE H. KARASIK, and
GABRIEL I. GLAZER, Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

BENJAMIN P. SMITH
AARON S. DUTRA
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Plaintiffs J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Settlement Trust

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AGAINST DEFENDANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 17, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Dennis D Davis on behalf of Defendant The Mandelbrot Law Firm
mvelasquez@gsdllaw.com

Gary S Fergus on behalf of 3rd Party Plaintiff Charles B Renfrew
gfergus@ferguslegal.com

Gabriel I Glazer on behalf of Plaintiff J.T. Thorpe Settlement Trust
gglazer@stutman.com

Merle Meyers on behalf of Defendant The Mandelbrot Law Firm
mmeyers@mlg-pc.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **July 17, 2013,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Dennis D. Davis | Gary S. Fergus |
| Goldberg, Stinnett, Davis & Linchey | Fergus, a Law Office |
| 44 Montgomery St., #850 | 595 Market Street, Suite 2430 |
| San Francisco, CA  94104 | San Francisco, CA  94105 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

574735v2

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 17, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL (FEDERAL EXPRESS)**

Honorable Sheri Bluebond
United States Bankruptcy Court
255 E Temple St., #1482
Los Angeles, CA  90012


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 17, 2013 | Debra G. Ige | */s/ Debra G. Ige* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012      **F 9013-3.1.PROOF.SERVICE**

574735v2