GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Michael J. Mandelbrot individually and doing
business as The Mandelbrot Law Firm, Defendant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>J.T. THORPE, INC.,<br><br>Debtor. | Case No. 02-14216-BB<br><br>Chapter 11 |
| J.T. THORPE SETTLEMENT TRUST and<br><br>THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. MANDELBROT and THE MANDELBROT LAW FIRM,<br><br>Defendants. | A.P. No. 2:12-ap-02183-BB<br>A.P. No. 2:12-ap-02182-BB |

## SUBSTITUTION OF ATTORNEYS

TO THE COURT AND ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Michael J. Mandelbrot individually and doing business as The Mandelbrot Law Firm, Defendant hereby substitutes MANDELBROT LAW FIRM, 505A San Marin Dr., Suite 200, Novato, CA 94945, Telephone (15) 895-5175, Fax No. (415) 727-4700 as their counsel of record herein in place of GOLDBERG, STINNETT, DAVIS & LINCHEY, A Professional

-1-

142224

1  Corporation, Attn: Dennis D. Davis, 44 Montgomery Street, Suite 850, San Francisco, CA 94104,
2  Telephone (415) 362-5045, Fax No. (415) 362-2392.
3      Michael J. Mandelbrot individually and doing business as The Mandelbrot Law Firm,
4  Defendant consents to the substitution.
5  DATED: January 30, 2014

                                     THE MANDELBROT LAW FIRM

                                     By:  /s/ Michael J. Mandelbrot
                                               Michael J. Mandelbrot, Defendant

10      We consent to the substitution

12  DATED: January 31, 2014

                                   GOLDBERG, STINNETT, DAVIS & LINCHEY
                                   A Professional Corporation

                                   By:  /s/ Dennis D. Davis
                                              Attorneys for Michael J. Mandelbrot individually
                                              and doing business as The Mandelbrot Law
                                              Firm, Defendant

142224

# CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 850, San Francisco, California 94104; that on the date set out below, I served a copy of the following:

## SUBSTITUTION OF ATTORNEYS

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 21, 2014.

/s/ MARIA VELASQUEZ

Benjamin P. Smith
Aaron S. Dutra
Morgan, Lewis & Brockius LLP
One Market, Spear Street Tower
San Francisco, California 94105

Gary S. Fergus
Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94115

Michael Molland,
Molland Law
30 Fifth Street
Petaluma, CA 94952

Eve H. Karasik
Gabriel I. Glazer
Stutman Treister & Glatt
Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

CERTIFICATE OF SERVICE
10846.003/142224