EVE H. KARASIK (Cal. Bar No. 155356)
GABRIEL I. GLAZER (Cal. Bar No. 246384)
STUTMAN TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

BENJAMIN P. SMITH (Cal. Bar No. 197551)
MATTHEW J. POOLE (Cal. Bar No. 259413)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MICHAEL MOLLAND (Cal. Bar No. 111830)
MOLLAND LAW
30 Fifth Street
Petaluma, CA 94952
mmolland@mollandlaw.com
Telephone: (707) 202-5511
Facsimile: (707) 202-5513

Attorneys for the J.T. Thorpe Settlement Trust
and Thorpe Insulation Company
Asbestos Settlement Trust

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>J.T. THORPE, INC., THORPE INSULATION COMPANY,<br><br>Debtor<br><br>———————————————<br><br>J.T. THORPE SETTLEMENT TRUST,<br><br>THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MANDELBROT and THE MANDELBROT LAW FIRM<br><br>Defendants. | Chapter 11<br><br>Case No. 02-14216-BB<br><br>Adversary Case No. 2:12-ap-02182-BB<br><br>Case No. 07-19271-BB<br><br>Adversary Case No. 2:12-ap-02183-BB<br><br>**NOTICE OF DISPUTE**<br><br>Hearing Date: February 18, 2014<br>Hearing Time: 10:00 a.m.<br>Place:  Courtroom 1475<br>  255 E. Temple St., 14th Floor<br>  Los Angeles, CA 90012<br><br>Judge:  Honorable Sheri Bluebond |

579818v1

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Plaintiffs, the J.T. Thorpe Settlement Trust (the "**J.T. Thorpe Trust**") and the Thorpe Insulation Company Asbestos Settlement Trust (the "**Thorpe Trust**") (collectively the "**Trusts**"), respectfully submit this Notice to inform the Court and parties in interest that, as of the date of this Notice, the Trusts have lodged with the Court and served on the Defendants (1) Proposed Findings of Fact and Conclusions of Law; (2) a Proposed Order; and (3) a Proposed Judgment following the trial held in the above-captioned proceedings between January 21-23, 2014.

**PLEASE TAKE FURTHER NOTICE THAT** the Defendants in the above-captioned adversary proceedings have advised the Trusts that the Defendants dispute the existence of the stipulated agreement on the record resolving these adversary proceedings and object to the documents described above.  Accordingly, the Trusts understand that Defendants may file objections to those documents with the Court.

DATED: February 11, 2014              Respectfully submitted,

/s/ *Gabriel I. Glazer*

EVE H. KARASIK, and
GABRIEL I. GLAZER, Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

BENJAMIN P. SMITH
MORGAN, LEWIS & BOCKIUS LLP

MICHAEL E. MOLLAND
MOLLAND LAW

Counsel for the J.T. Thorpe Settlement Trust and
Thorpe Insulation Company Asbestos Settlement Trust

1

579818v1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF DISPUTE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 11, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Dennis D Davis on behalf of Defendant The Mandelbrot Law Firm
mvelasquez@gsdllaw.com

Dennis D Davis on behalf of Defendant Michael J. Mandelbrot
mvelasquez@gsdllaw.com

Gary S Fergus on behalf of 3rd Party Plaintiff Charles B Renfrew
gfergus@ferguslegal.com

Gary S Fergus on behalf of Interested Party Charles B Renfrew
gfergus@ferguslegal.com

Gabriel I Glazer on behalf of Plaintiff J.T. Thorpe Settlement Trust
gglazer@stutman.com

Gabriel I Glazer on behalf of Plaintiff Thorpe Insulation Company Asbestos Settlement Trust
gglazer@stutman.com

Gabriel I Glazer on behalf of Plaintiff Thorpe Insulation Company Asbestos Settlement Trust
gglazer@stutman.com

Gregory K Jones on behalf of Plaintiff J.T. Thorpe Settlement Trust
gjones@stutman.com

Gregory K Jones on behalf of Plaintiff Thorpe Insulation Company Asbestos Settlement Trust
gjones@stutman.com

Merle Meyers on behalf of Defendant The Mandelbrot Law Firm
mmeyers@mlg-pc.com

Merle Meyers on behalf of Defendant Michael J. Mandelbrot
mmeyers@mlg-pc.com

Marcy Railsback on behalf of Witness Barbara Malm
marcy@bovinorailsback.com, marcyrailsback@hotmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
579818v1

**F 9013-3.1.PROOF.SERVICE**

Marcy Railsback on behalf of Witness Laura Paul
marcy@bovinorailsback.com, marcyrailsback@hotmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **February 11, 2014,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 11, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY FEDERAL EXPRESS**
Honorable Sheri Bluebond
United States Bankruptcy Court
255 E Temple St., #1482
Los Angeles, CA  90012

**BY FEDERAL EXPRESS**
Michael J. Mandelbrot
The Mandelbrot Law Firm
505A San Marin Drive, Suite 200
Novato, CA 94945

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2014 | Therese A. Barron | /s/ Therese A. Barron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

579818v1