MICHAEL J. MANDELBROT, ESQ. (CSB# 172626)
Mandelbrot Law Firm
505 San Marin Drive, Suite 200
Novato, CA 94945

Phone:(415) 895-5175
Fax: (415) 727-4700
Email: mandelbrot@asbestoslegalcenter.org
Defendant MICHAEL J. MANDELBROT, d.b.a.
MANDELBROT LAW FIRMS, *In Pro Per*

FILED
FEB 13 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

BY FAX

| | |
|---|---|
| In re<br><br>J.T. THORPE, INC.,<br>THORPE INSULATION COMPANY,<br><br>Debtors<br><br>J.T. THORPE SETTLEMENT TRUST,<br>THORPE INSULATION COMPANY<br>ASBESTOS SETTLEMENT TRUST,<br><br>Plaintiffs,<br>vs.<br><br>MICHAEL J. MANDELBROT and THE<br>MANDELBROT LAW FIRM,<br><br>Defendants. | Chapter 11<br><br>Case No. 02-14216-BB<br><br>Adversary Case No. 2:12-ap-02182-BB<br><br>Case No. 07-19271-BB<br><br>Adversary Case No. 2:12-ap-02183-BB<br><br>**DEFENDANT MICHAEL J. MANDELBROT, d.b.a., MANDELBROT LAW FIRM'S OBJECTIONS TO THE PLAINTIFFS' [PROPOSED] ORDER FOLLOWING TRIAL ON ADVERSARY COMPLAINTS AND MOTION FOR INSTRUCTIONS**<br><br>Trial Schedule<br><br>Date: January 21-23, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 1475<br>255 E. Temple St., 14th Floor<br>Los Angeles, CA 90012<br>Judge: Honorable Sheri Bluebond |

DEFENDANT MICHAEL J. MANDELBROT, d.b.a., MANDELBROT LAW FIRM'S OBJECTIONS TO
THE PLAINTIFFS' [PROPOSED] ORDER - 1

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Defendants MICHAEL J. MANDELBROT, ESQ., d.b.a., THE MANDELBROT LAW FIRM ("Mandelbrot") and hereby files its objection to the Proposed Order Following Trial On Adversary Complaints And Motion For Instructions by Plaintiffs J.T. THORPE SETTLEMENT TRUST and THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST ("Thorpe Trusts"). Defendants incorporate by reference as though fully set forth herein the concurrently filed Objection to the Proposed Findings of Fact and Conclusions of Law, as the facts and arguments there apply with equal force here.

Dated this 12 of February, 2014

_____
Michael J. Mandelbrot, Defendant and
Attorney at Law