```
 1  EVE H. KARASIK (Cal. Bar No. 155356)
    GABRIEL I. GLAZER (Cal. Bar No. 246384)
 2  STUTMAN TREISTER & GLATT
    PROFESSIONAL CORPORATION
 3  1901 Avenue of the Stars, 12th Floor
    Los Angeles, California 90067
 4  Telephone: (310) 228-5600
    Facsimile: (310) 228-5788
 5
    BENJAMIN P. SMITH (Cal. Bar No. 197551)
 6  MATTHEW J. POOLE (Cal. Bar No. 259413)
    MORGAN, LEWIS & BOCKIUS LLP
 7  One Market
    Spear Street Tower
 8  San Francisco, California 94105
    Telephone: (415) 442-1000
 9  Facsimile: (415) 442-1001

10  Attorneys for the J.T. Thorpe Settlement Trust
    and Thorpe Insulation Company
11  Asbestos Settlement Trust
```

**FILED & ENTERED**

**APR 07 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| J.T. THORPE, INC., | Case No. 02-14216-BB |
| THORPE INSULATION COMPANY, | Adversary Case No. 2:12-ap-02182-BB |
| Debtors. | Case No. 07-19271-BB |
| | Adversary Case No. 2:12-ap-02183-BB |
| J.T. THORPE SETTLEMENT TRUST | |
| THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST, | **ORDER GRANTING MOTION TO ENFORCE JANUARY 23, 2014 STIPULATED AGREEMENT** |
| Plaintiffs, | |
| vs. | Hearing Date: March 27, 2014<br>Hearing Time: 10:30 a.m. |
| MICHAEL J. MANDELBROT and THE MANDELBROT LAW FIRM | Place: Courtroom 1475<br>255 E. Temple St., 14th Floor<br>Los Angeles, CA 90012 |
| Defendants. | Judge: Honorable Sheri Bluebond |

580255v3

The *Motion to Enforce January 23, 2014 Stipulated Agreement and for Award of Attorney's Fees* (the "Motion") [Docket No. 208], Plaintiffs, the J.T. Thorpe Settlement Trust ("J.T. Thorpe Trust") and the Thorpe Insulation Company Asbestos Settlement Trust (the "Thorpe Trust") (collectively the "Thorpe Trusts"), came on for hearing in this Court as scheduled on March 27, 2014 (the "Hearing").  Appearances were made as noted on the record for the Hearing. The Motion sought an order:

(1) finding that the January 23, 2014 stipulated agreement (the "Stipulation") presented to the Court on the record in open Court between the Thorpe Trusts, the Western Asbestos Settlement Trust (individually referred to as the "Western Trust"), and the Plant Insulation Company Asbestos Settlement Trust (individually referred to as the "Plant Trust"), on the one hand, and Michael J. Mandelbrot and the Mandelbrot Law Firm ("Mandelbrot"), on the other hand, included all material terms necessary to constitute a complete and binding agreement and that the agreement was valid and enforceable; and

(2) awarding the Thorpe Trusts an appropriate sanction (including, but not limited to, attorney's fees and costs incurred by the Trusts in seeking to enforce the Stipulation).

On or about March 26, 2014, the Court issued its tentative ruling on the Motion (the "Tentative Ruling").

Having considered:

    a.    the Motion, the Declarations of Benjamin P. Smith, Gary S. Fergus and Stephen M. Snyder and exhibits thereto [Docket Nos. 211, 211-1, 211-2, 209, 210, respectively] in support of the Motion, the Trusts' *Request for Judicial Notice in support of Motion to Enforce January 23, 2014 Stipulated Agreement and for Award of Attorney's Fees and Costs* [Docket No. 212], and *The Futures Representative's Joinder in Notice of Motion and Motion to Enforce January 23, 2014 Stipulated Agreement and for Award of Attorney's Fees and Cost*s [Docket No. 214];

    b.    *Defendant Michael J. Mandelbrot, d.b.a., Mandelbrot Law Firm's Opposition to the Plaintiff's Motion to Enforce January 23, 2014 Settlement Agreement,*

580255v3

1 *and Cross-Request for Award of Attorney's Fees and Costs* (the "Opposition") and the

2 Declaration of Michael J. Mandelbrot and exhibits thereto in support of the Opposition

3 [Docket No. 216];

4       c.     the Trusts' <u>Reply</u> *Brief in Further Support of Motion to Enforce*

5 *January 23, 2014 Stipulated Agreement and Award of Attorneys' Fees and Costs* [Docket

6 No. 217]; (the "Reply"), the Declarations of Gary S. Fergus, Laura Paul and Benjamin P.

7 Smith and exhibits thereto [Docket Nos. 220, 219, 221, respectively] in support of the

8 Reply, and *The Future's Representative's Joinder in <u>Reply</u> Brief in Further Support of*

9 *Motion to Enforce January 23, 2014 Stipulated Agreement and Award of Attorneys' Fees*

10 *and* [Docket No. 222];

11       d.     *Defendant Michael J. Mandelbrot, d.b.a., Mandelbrot Law Firm's*

12 *Objection to the Plaintiff's Evidence Submitted in Reply to the Opposition to the Motion*

13 *to Enforce January 23, 2014 Settlement Agreement, and Cross-Request for Award of*

14 *Attorneys' Fees and Costs* [Docket No. 224] (the " Evidentiary Objection") and

15 *Defendant Michael J. Mandelbrot, d.b.a., Mandelbrot Law Firm's Request for Judicial*

16 *Notice in Support of the Opposition to the Motion to Enforce January 23, 2014*

17 *Settlement Agreement, and Cross-Request for Award of Attorneys' Fees and Costs*

18 [Docket No. 223], both received by the Court on March 26, 2014; and

19       e.     **Defendant Michael J. Mandelbrot, d.b.a., Mandelbrot Law**

20 **Firm's Objections to the Plaintiffs' [Proposed] Order Granting Motion to Enforce**

21 **January 23, 2014, Stipulated Agreement, [Docket 231] (the "Objections to this**

22 **Order") filed April 4, 2014; and**

23     **For the reasons set forth on the record at the time of hearing on the Motion,**

24 **and other good cause appearing therefor,** IT IS HEREBY ORDERED that:

25       1.     The Motion is **GRANTED.**

26       2.     Except to the extent that the Court has modified the form of this

27 order in response thereto, the Objections to this Order are **OVERRULED**.

28

3. The Court will enter the findings of fact, conclusions of law and a judgment as provided for in the Stipulation and retains jurisdiction to enforce the Stipulation according to its terms.

4. The Stipulation is valid and enforceable by the J.T. Thorpe Trust, Thorpe Trust, Western Trust, and the Plant Trust.

5. Mandelbrot's objections to the formation, validity and enforceability of the Stipulation are without merit and are hereby **OVERRULED.**

6. Mandelbrot's Evidentiary Objection filed on March 25, 2014 is **OVERRULED.**

7. To insure to the fullest extent possible that all claimants with the Thorpe Trusts and the Western Trust who are represented by Mandelbrot and all counsel who have referred claimants to Mandelbrot for purposes of making claims against the Thorpe Trusts and Western Trust (the "Notice Recipients") are informed of the potential consequences to them if their claims are not timely transferred in accordance with the terms of the Stipulation, the Thorpe Trusts and the Western Trust shall transmit to the Notice Recipients by mail, email, publication on their web sites and otherwise the following notice:

> *NOTICE TO BENEFICIARIES AND POTENTIAL BENEFICIARIES OF THE J.T. THORPE SETTLEMENT TRUST, THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST, AND WESTERN ASBESTOS SETTLEMENT TRUST REPRESENTED BY MICHAEL J. MANDELBROT:*
>
> *This notice concerns your claim(s) with the above-referenced trusts (collectively, the "Trusts"), and has been authorized and approved by the United States Bankruptcy Court for the Central District of California.*
>
> *Under the terms of an agreement between these Trusts and Michael Mandelbrot, and subsequent order of the Bankruptcy Court, Mandelbrot*

*must transfer all claims for which he serves or has served as counsel to a new attorney of record by July 23, 2014.*

*If you chose to select new counsel to represent you, or to represent yourself in connection with your claim(s) with the Trusts, YOU MUST DO SO BY JULY 23, 2014 OR YOUR CLAIM MAY BE DEEMED WITHDRAWN.  THIS MAY DELAY OR ELIMINATE YOUR RIGHTS TO PAYMENTS FROM THE TRUST(S), including initial payments and any further payments from the Trust(s) in the event of an increase in payment percentage, and MAY REQUIRE ADDITIONAL FILING FEES in the event you elect to re-submit your claim following withdrawal.*

*YOU ARE ADVISED TO CONSULT WITH COUNSEL REGARDING THIS NOTICE.*

*For additional information regarding this notice, and the background giving rise to this dispute, please see the Bankruptcy Court's Findings of Fact and Conclusions of Law, Order Following Trial, and Judgment, which have been posted on each of the Trusts' websites.*

8. The deadline to file and serve an objection to the Notice Language or the Notice Recipients is **April 4, 2014**.  The deadline for the Thorpe Trusts to file and serve a reply to any objection to the Notice Language or the Notice Recipients is **April 11, 2014.**

//////////

//////////

//////////

//////////

//////////

//////////

//////////

//////////

9.  **If the Thorpe Trusts would like to apply to this Court for an award of** monetary sanctions against Mandelbrot for the fees and costs the Thorpe Trusts incurred in seeking to enforce the January 23, 2014 Stipulation, **they shall file** ~~by filing~~ a separate motion seeking such relief by no later than **April 18, 2014** (the "Sanctions Motion").  Any opposition to the Sanctions Motion and subsequent reply pleadings shall be filed in accordance with the Local Bankruptcy Rules for the Central District of California, and the Thorpe Trusts shall self-calendar the hearing on the Sanctions Motion.

PREPARED AND SUBMITTED BY:
STUTMAN, TREISTER & GLATT

/s/ Gabriel I. Glazer
EVE H. KARASIK, and
GABRIEL I. GLAZER, Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Attorneys for J.T. Thorpe Settlement Trust and
Thorpe Insulation Company Asbestos Settlement Trust

####

Date: April 7, 2014

Sheri Bluebond
United States Bankruptcy Judge