MICHAEL J. MANDELBROT, ESQ. (CSB# 172626)
Mandelbrot Law Firm
505 San Marin Drive, Suite 200
Novato, CA 94945

Phone: (415) 895-5175
Fax: (415) 895-1328
Defendants *Pro Se*

FILED
APR 21 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>J.T. THORPE, INC.,<br>THORPE INSULATION COMPANY,<br><br>    Debtors<br><br>J.T. THORPE SETTLEMENT TRUST,<br>THORPE INSULATION COMPANY<br>ASBESTOS SETTLEMENT TRUST,<br><br>    Plaintiffs,<br>vs.<br><br>MICHAEL J. MANDELBROT and THE<br>MANDELBROT LAW FIRM,<br><br>    Defendants. | Chapter 11<br><br>Case No. 02-14216-BB<br><br>Adversary Case No. 2:12-ap-02182-BB<br><br>Case No. 07-19271-BB<br><br>Adversary Case No. 2:12-ap-02183-BB<br><br>**DECLARATION OF MICHAEL J. MANDELBROT, d.b.a., MANDELBROT LAW FIRM, IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT IN ADVERSARY PROCEEDING AND ORDER FOLLOWING TRIAL ON ADVERSARY COMPLAINTS AND MOTION FOR INSTRUCTIONS**<br><br>Date: May, 28, 2014  **BY FAX**<br>Time: 10:30 a.m.<br>Place: Courtroom 1475<br>255 E. Temple St., 14th Floor<br>Los Angeles, CA 90012<br>Judge: Honorable Sheri Bluebond |

DECLARATION IN SUPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT - 1 -

I, Michael J. Mandelbrot, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. That I am an attorney licensed to practice before all Courts in the State of California. I am the principal and sole owner and attorney practicing in the MANDELBROT LAW FIRM.

3. On April 16, 2014, Plaintiffs published the Notice provided in the Judgment entered herein on their respective websites and emailed same to all law firms registered to file claims with the Settlement Trusts.

4. Absent stay of the Judgment entered herein pending appeal, irreparable injury will result to the MANDELBROT LAW FIRM, to me as a licensed professional, and to my clients and the clients of the MANDELBROT LAW FIRM who have claims against Plaintiffs J.T. THORPE SETTLEMENT TRUST, THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST, WESTERN ASBESTOS TRUST, and the soon to be operational PLANT INSULATION TRUST (or collectively the "Settlement Trusts") as follows:

a. Approximately one thousand claimants holding valid claims will be required to obtain new counsel despite having filed valid claims through the counsel of their choice. I will be compelled to withdraw as counsel for those claimants despite the fact that the respective clients have had no voice in the matter. Absent a stay, my clients who have pending claims before the Settlement Trusts will be required to retain alternate counsel despite their wishes, and despite the extensive skill, background and expertise in representing clients with these type of claims. I have extensive knowledge of the liability, history and trusts of Western Asbestos, J.T. Thorpe, Inc., Thorpe Insulation and Plant Insulation which has drawn the client to the MANDELBROT LAW FIRM.

b. Each of these clients will experience further and extensive delays in claim reviews causing irreparable harm to them. Based upon my experience in such claims, my clients will experience further delays of at least a year in having their claims reviewed in the event that a stay is not granted pending appeal. Due to the nature of the injury to the claimant clients, it is probable that a number of them will die during the delay adversely impacting the probable distribution. It is my experience that the claims review process will average one year from the date of re-filing the claim.

DECLARATION IN SUPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT - 2 -

  c. My clients with pending claims will be compelled to retain new counsel and will be required to re-file their claims. The transfer of claims is burdensome and time consuming. Despite having valid claims pending, clients will be required to re-file claims and begin the review process anew. Re-filing and delays will cause irreparable harm to sick and dying clients who are valid beneficiaries of the Trusts.

  d. The nature of asbestos disease makes it highly predictable that many clients will die over the course of any delay and will receive no compensation. It is possible that heirs will receive a reduction in payment percentage on these claims by the time that claims are reviewed. This is due to the difference of the compensation under Trust Distribution Procedures between living claimants and wrongful death claimants. Further, it is predictable that testimonial (affidavit) evidence will be lost that will impede or completely prevent heirs from receiving compensation for wrongful death, unless a stay is granted.

  e. The agreement enforced by the Order and Judgment is not an enforceable agreement under applicable California law and violates of the Rules of Professional Conduct. The Judgment compels me to engage in unethical conduct towards my clients.

  5. The Judgment prevents me from representation of asbestos plaintiffs who have a claim with the Western Asbestos, J.T. Thorpe, Inc., Thorpe Insulation, and Plant Insulation Trusts. In my 20 years' experience as a plaintiffs asbestos attorney who has worked on at least 5000 cases, at least 75% of all asbestos plaintiffs in California have a claim with one or more of these Trusts. Not being able to retain this large segment of asbestos disease plaintiff entirely restrains my trade.

  6. The Judgment prevents me from acceptance of referrals from over 40 Plaintiffs asbestos Law Firms from around the Country who have relied on me as their attorney to file claims with these Trusts. At least 75% of my office's legal services business comes from these referrals from these 40 firms. This would be an incredible restraint on my trade.

  7. The Judgment prevents me from competing with Trust Advisory Committee Members who file claims and have misappropriated millions of dollars from these Trusts. The "settlement agreement" requiring me to never file an asbestos claims with the 4 involved Trusts ever again is akin to a non-compete agreement. Each Trust Advisory Committee Member of these Trusts is also a Plaintiff's Asbestos Attorney (like me) and if a Stay is not granted, I will no longer be able

1 | compete with these lawyers in signing up asbestos claimants and filing asbestos claims. The
2 | agreement violates the Rules of Professional Conduct by so attempting to limit my services.
3 | I declare the foregoing is true and correct under the laws of the State of California.
4 | Dated this 21st Day of April, 2014

_____
Michael J. Mandelbrot, Defendant and
Attorney at Law

DECLARATION IN SUPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT - 4 -