Gary S. Fergus (State Bar No. 095318)
FERGUS, A LAW OFFICE
535 Mission Street, 14th Floor
San Francisco, CA  94105
Telephone: (415) 537-9032
Facsimile:  (415) 537-9038
Email:  gfergus@ferguslegal.com

Counsel to the Futures Representative

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| J.T. THORPE, INC., THORPE INSULATION COMPANY, | Case No. LA 02-14216-BB |
| | Case No. LA 07-19271-BB |
| Debtor. | |
| J.T. THORPE SETTLEMENT TRUST, | Adversary Case No. 12-02182-BB |
| THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST, | Adversary Case No. 12-02183-BB |
| Plaintiffs, | **MOTION FOR ORDER TO PERMIT COUNSEL FOR DECEASED FUTURES REPRESENTATIVE TO PARTICIPATE ON BEHALF OF THE OFFICE OF THE FUTURES REPRESENTATIVE IN PENDING BRIEFING AND HEARING BASED UPON EXISTING CLIENT INSTRUCTION** |
| MICHAEL J. MANDELBROT and THE MANDELBROT LAW FIRM, | |
| Defendants. | |

In re J.T. Thorpe Inc., Case No. LA 02-14216-BB, Adv. Proc. No. 12-02182-BB consolidated
Motion for Order to Permit Counsel to Participate on Behalf of the Office of the Futures Representative in Pending
Briefing and Hearing

1  THE HONORABLE CHARLES B.
   RENFREW (RET.), in his capacity as the
2  Court Appointed Futures Representative in
   connection with the J.T. Thorpe Settlement
3  Trust, and Thorpe Insulation Company
   Asbestos Settlement Trust,
4
5                           Plaintiff Intervenor,

6  v.

7  MICHAEL J. MANDELBROT and THE
   MANDELBROT LAW FIRM,
8
9                           Defendants.

10

11                          **Summary**

12         The Honorable Charles B. Renfrew (Ret.), Third Party Plaintiff in this proceeding, passed

13  away on December 14, 2018.[1]  On January 4, 2017, the Trustees of the Trusts involved in the

14  remand informed counsel for decedent that while they are proceeding expeditiously to identify and

15  designate a new Futures Representative for this Court's approval, they cannot accomplish that task

16  in time to meet the current briefing and hearing schedule in this matter. (See Declaration of Gary

17  S. Fergus filed in Support of Motion, at ¶ 2.) (hereinafter "Fergus Decl.")[2]   The Trustees estimate

18  that the selection process and court approval could take more than a month to complete.  *Id.*  In

19  order to prevent any delay in the briefing and the hearing, counsel for the decedent files this

20  motion on an emergency basis and requests authority to proceed as follows.(See Fergus Decl. ¶4)

21         Prior to his death, the Honorable Charles Renfrew (Ret.) provided instructions to his

22  counsel on how to proceed on remand.  (See Fergus Decl. ¶ 6)  Counsel for the decedent seeks

23  authority to: (1) participate in the briefing and hearing representing the interests of the Office of

24         [1] The Court and the parties were notified of the Futures Representative's passing on
25  December 18, 2017.  *See* Notice Regarding Death of Third Party Plaintiff the Honorable Charles
   B. Renfrew (Ret.)  [Docket No. 302] (See Fergus Decl. ¶ 3)

26         [2] The Court's scheduling order on remand made in Court on December 12, 2017 provides
27  that simultaneous briefs and declarations are due to be filed January 12, 2018, reply briefs and
   declarations on January 25, 2018 and the hearing is set for February 1, 2018.

28                                              -2-
In re J.T. Thorpe Inc., Case No. LA 02-14216-BB, Adv. Proc. No. 12-02182-BB consolidated
Motion for Order to Permit Counsel to Participate on Behalf of the Office of the Futures Representative in Pending
Briefing and Hearing

1  the Futures Representative as previously instructed, and (2) reserve the right to notify the court

2  and parties if the issues raised in briefing or hearing exceed the scope of his authority and to seek a

3  continuance pending appointment of a new Futures Representative.

4  **I.    The Futures Representative is a Necessary Party to the Remand
        Proceedings**

5

6      The Third Party Plaintiff sued only in his capacity as the Futures Representative of the

7  Trusts involved in these proceedings. The interest of enforcing the settlement agreement at issue

8  on remand which protects future claimants and the assets of the Trusts from unreliable claims was

9  not personal to the Honorable Charles B. Renfrew (Ret.). Rather, the interest continues and is

10  within the scope and responsibility of the office of Futures Representative.

11      Rule 25(a)(1) provides:

12          If a party dies and the claim is not extinguished, the court may order substitution of
            the proper party. A motion for substitution of may be made by any party or by the
13          decedent's successor or representative.

14      Recent estimates for the four Trusts involved show that collectively there will be

15  approximately 20,000 future claims. (See Fergus Decl. ¶ 7) The assets of the four Trusts are

16  approximately $1.4 billion dollars - most of which will be used to pay future claimants (See

17  Fergus Decl. ¶ 8) Thus, the Office of the Futures Representative has a significant fiduciary

18  interest in the issues on remand and a perspective that should be heard by the Court. (See Fergus

19  Decl. ¶ 5) The Office of the Futures Representative is the only fiduciary whose sole responsibility

20  is to look out for the interests of future claimants. While the Trustees have similar fiduciary

21  interests in the issues on remand, they also have fiduciary responsibilities to present claimants and

22  therefore potentially a slightly different perspective.

23  **II.    The Issues on Remand Relate to a Settlement Agreement in which All Parties
         Participated**

24

25      The settlement agreement at issue on remand was entered into with the participation and

26  approval of the Futures Representative. The issues on remand, as identified by the court in the

27  December 12, 2017 case management conference, fall within the scope of existing authority

28

In re J.T. Thorpe Inc., Case No. LA 02-14216-BB, Adv. Proc. No. 12-02182-BB consolidated
Motion for Order to Permit Counsel to Participate on Behalf of the Office of the Futures Representative in Pending
Briefing and Hearing

1  provided by the decedent to counsel with respect to the remand.  (See Fergus Decl. ¶ 6)  Counsel

2  for the decedent is prepared to proceed with briefing and the hearing to avoid delay.

3         In the event that issues arise outside the scope of counsel's existing authority, counsel

4  seeks authority to notify the court and parties and to seek suspension of the briefing and or hearing

5  pending substitution of the new Futures Representative

6  Dated: January 8, 2017                              Respectfully Submitted

7                                                      By: */s/ Gary S. Fergus*

8                                                         Gary S. Fergus (State Bar No. 095318)
                                                          FERGUS, A LAW OFFICE
9                                                         535 Mission Street, 14th Floor
                                                          San Francisco, CA  94115
10                                                        Telephone:  (415) 537-9032
                                                          Facsimile:   (415) 537-9038
11                                                        Email:  gfergus@ferguslegal.com

12                                                        Counsel for the Futures Representative

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                -4-
In re J.T. Thorpe Inc., Case No. LA 02-14216-BB, Adv. Proc. No. 12-02182-BB consolidated
Motion for Order to Permit Counsel to Participate on Behalf of the Office of the Futures Representative in Pending
Briefing and Hearing

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**535 Mission Street, 14th Floor
San Francisco, CA  94105**

A true and correct copy of the foregoing document entitled (*specify*):  **MOTION FOR ORDER TO PERMIT COUNSEL FOR DECEASED FUTURES REPRESENTATIVE TO PARTICIPATE ON BEHALF OF THE OFFICE OF THE FUTURES REPRESENTATIVE IN PENDING BRIEFING AND HEARING BASED UPON EXISTING CLIENT INSTRUCTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Daniel J. Bussel on behalf of Plaintiff J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Trust | dbussel@ktbslaw.com |
| David N. Chandler on behalf of Michael Mandelbrot and Mandelbrot Law Firm | courtdocsdncpc@gmail.com |
| Dennis D. Davis on behalf of Michael Mandelbrot and Mandelbrot Law Firm | mvelasquez@gsdllaw.com |
| Gabriel I. Glazer on behalf of Plaintiff J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Trust | gglazer@pszjlaw.com |
| Gregory K. Jones on behalf of Plaintiff J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Trust | gjones@afrct.com, CAcossano@dykema.com, DocketLA@dykema.com |
| Eve H. Karasik on behalf of Plaintiff J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Trust | ehk@lnbyb.com |
| Michael Mandelbrot on behalf of Defendants Michael Mandelbrot and Mandelbrot Law Firm | mandelbrot@asbestoslegalcenter.org, mjmandelbrot@yahoo.com |
| Merle Meyers on behalf of Michael Mandelbrot and Mandelbrot Law Firm | mmeyers@mlg-pc.com |
| Danielle A. Pham on behalf of Plaintiff J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Trust | dpham@gordonsilver.com |
| Marcy Railsback on behalf of Third Party Witness Barbara Malm and Laura Paul | marcy@bovinorailsback.com, marcyrailsback@hotmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐  Service information continued on attached page

In re J.T. Thorpe Inc., Case No. LA 02-14216-BB, Adv. Proc. No. 12-02182-BB consolidated
Motion for Order to Permit Counsel to Participate on Behalf of the Office of the Futures Representative in Pending Briefing and Hearing

1

2. **SERVED BY UNITED STATES MAIL**:

2
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope

3
in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the
document is filed.

4

5
☐ Service information continued on attached page

6
3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)

7
**January 8, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service,
or (for those who consented in writing to such service method), by facsimile transmission and/or email as
follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the

8
judge <u>will be completed</u> no later than 24 hours after the document is filed.

9

| **VIA EMAIL** | |
|---|---|
| Jean L. Bertrand on behalf of Third Party Witness Charles W. LaGrave | jbertrand@schiffhardin.com |

10

11
**VIA PERSONAL DELIVERY**
The Honorable Sheri Bluebond

12
U.S. Bankruptcy Court
Roybal Federal Building

13
255 E. Temple St.
Bin outside of Suite 1534

14
Los Angeles, CA  90012-3332

15
☐ Service information continued on attached page

16
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

17
| January 8, 2018 | Gary S. Fergus | /s/ Gary S. Fergus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

18

19

20

21

22

23

24

25

26

27

28

In re J.T. Thorpe Inc., Case No. LA 02-14216-BB, Adv. Proc. No. 12-02182-BB consolidated
Motion for Order to Permit Counsel to Participate on Behalf of the Office of the Futures Representative in Pending
Briefing and Hearing